# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

October 25, 2011

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Yakima

The Honorable Edward F. Shea
U.S. District Judge
Eastern District of Washington
825 Jadwin Ave., Suite 174
Yakima, WA 99352

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 27 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

RE: Kaila, Kulwinderjit Kaur
Docket No: 2:11CR02044-001

## REQUEST FOR OUT OF COUNTRY TRAVEL

Your Honor:

The purpose of this letter is to advise the Court, Kulwinderjit Kaur Kaila has requested permission to travel outside the United States, specifically, to Punjab, India. Part of the trip will be to bury her eldest son in her home country.

On September 7, 2011, Ms. Kaila was sentenced to 12 months probation, after pleading guilty to Theft of U.S. Government funds, in violation of 18 U.S.C. § 641. Since Ms. Kaila's term of supervision began, she has remained employed, has paid her restitution, has paid her special assessment and $5,000 toward her fine. She has been compliant and cooperative with all other aspects of her Court ordered conditions.

Ms. Kaila has requested permission to travel to the village of Bazidke-Khurd, the District of Barnala, the State of Punjab, India, to see her extended family and complete funeral services for her deceased son. She has requested to leave Ellensburg, Washington, on December 7, 2011, and return to the United States on January 20, 2012.

Kaila, Kulwinderjit Kaur
October 25, 2011
Page 2

Ms. Kaila continues to grieve for the loss of her son and in an effort to assist with her healing and grieving, this officer recommends Ms. Kaila's request to travel to Punjab, India, be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: _____  10/25/11
Stephen Krous                Date
U.S. Probation Officer

APPROVED BY:

_____  10/25/11
Rebecca M. Nichols        Date
Supervising U.S. Probation Officer

SK/lh
Attachment

**ORDER OF THE COURT:**

**Approved** ✓ _____

10/25/11
**Date**

**Disapproved** _____

Edward F. Shea
The Honorable Edward F. Shea
U.S. District Judge

Attention: Steve Krous

Address
Village: Bazidke-Khurd
District: Barnala
State: Punjab, India

Travel Information
Leaving: December 7, 2011
Coming Back: January 15, 2012

I need permission to travel from December 7, 2011, to January 20, 2012, because of restrictive traveling conditions due to heavy fog that covers India during that time of year. This creates many flight delays and cancelations to occur at airports. As soon as I come back to America, I will contact you. If you have any questions, please call me at 509-899-0234.

Thank you


Kulwinderjit Kaur Kaila